## CRIMINAL CAUSE FOR MOTION HEARING:

BEFORE JUDGE FEUERSTEIN    December 14, 2020    TIME: 45 min
CR- 17-616

DEFT: Danielle Houpe                                    ATTY: Neil Checkman
  X   present.    not present.      X   custody       bail   CJA       X RET.    LAS

**FILED**
**CLERK**

A.U.S.A.: M Misorek        CLERK: BMM

2:18 pm, Dec 14, 2020

COURT REPORTER: MS     OTHER:
INT:

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

  X     CASE CALLED.            DEFTS FIRST APPEARANCE.
        DEFTS     SWORN        ARRAIGNED    INFORMED OF RIGHTS
        DFT WAIVES TRIAL BEFORE DISTRICT COURT
        WAIVER OF INDICTMENT EXECUTED FOR DEFT.
SUPERSEDING INDICTMENT / INFORMATION FILED.
        DEFT FAILED TO APPEAR,   BENCH WARRANT ISSUED.

        DEFTS ENTER   **GUILTY PLEA** TO    OF INDICTMENT.
        COURT FINDS FACTUAL BASIS FOR THE PLEA.
        SENTENCING TO BE SET BY PROBATION.

        DEFTS ENTER **NOT GUILTY PLEA.**
     BAIL        SET        CONT'D FOR DEFT         .
  X    DEFTS CONT'D IN CUSTODY.
       CASE ADJ'D TO              FOR                      JURY
SELECTION SET FOR                        BY MAG.
       TRIAL SET FOR
      **SPEEDY TRIAL** INFO FOR DEFTS    STILL IN EFFECT
CODE TYPE       START          STOP
        X   ORDER ENT'D ON RECORD.

ORDER: #40 motion is denied for the reasons stated on the record.